517 A.2d 538

Patricia DETZI, Appellant,

v.

Bob MATLOCK, t/a Bob Matlock Auto Body, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided Nov. 18, 1986.

James V. Fareri, Stroudsburg, for appellant.

Alan P. McFall, Bangor, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., files a dissenting opinion in which LARSEN and FLAHERTY, JJ., join.

PAPADAKOS, Justice, dissenting.

I dissent to the Order dismissing this appeal as improvidently granted. The prothonotary acknowledged under oath that, although the notice of mailing the order subject to the filing of exceptions was docketed on August 12, 1983,

*it was not mailed to Appellant until August 15, 1983.* Within ten days thereafter, on August 25, 1983, Appellant's exceptions were filed. To dismiss them as untimely filed on the strength of an admittedly *false* entry in the prothonotary's docket, is incredible.

The injustice in allowing Appellant's rights to be limited by the prothonotary's admitted error is so overwhelmingly clear as to render inescapable a reversal of the courts below. I would enter a *per curiam* reversal.

LARSEN and FLAHERTY, JJ., join this dissenting opinion.